IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DARRYL PERNELL BUTLER,        )
                              )
    Plaintiff,                )
                              )
v.                            )   CASE NO. CV423-063
                              )
AARON PINERIO, Warden at      )
Coastal State Prison; PHILLIP )
GLENN, Deputy Warden of       )
Security; BRIANA KAIGLE, Deputy )
Warden of Care and Treatment; )
CORRECT RX PHARMACY SERVICES, )
INC., Medical Pharmaceutical; )
and MIERES, Medical Health    )
Services Administrator;       )
                              )
    Defendants.               )
                              )

**O R D E R**

Before the Court is the Magistrate Judge's April 6, 2023, Report and Recommendation (Doc. 9), to which no objections have been filed. After a careful review of the record,[1] the report and recommendation (Doc. 9) is **ADOPTED** as the Court's opinion in this case. To the extent that Plaintiff Darryl Butler asserts claims against any defendant for failure to follow internal prison policies or for inadequate supervision, those claims are

---

[1] The Court reviews de novo a magistrate judge's findings to which a party objects, and the Court reviews for clear error the portions of a report and recommendation to which a party does not object. 28 U.S.C. § 636(b)(1); see Merchant v. Nationwide Recovery Serv., Inc., 440 F. Supp. 3d 1369, 1371 (N.D. Ga. 2020) (citing Macort v. Prem, Inc., 208 F. App'x 781, 784 (11th Cir. 2006) (per curiam)) (outlining the standard of review for report and recommendations).

**DISMISSED.** Plaintiff's deliberate-indifference claim against Defendant Correct-RX Pharmacy Services, Inc., is also **DISMISSED.** Plaintiff's claims against Defendants Aaron Pinerio, Phillip Glenn, Briana Kaigle, and Mieres remain pending. (See Docs. 21, 23.)

SO ORDERED this 26th day of June 2023.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA