# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| DARRYL PERNELL BUTLER, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CV423-063 |
| AARON PINERIO, *et al.*, | ) ) ) | |
| Defendants. | ) | |

# ORDER AND REPORT AND RECOMMENDATION

On October 13, 2023, *pro se* Plaintiff Darryl Pernell Butler filed a Motion to Voluntarily Dismiss his claims against Defendants Pinerio, Kaigle, and Glenn. *See* doc. 34. He invoked Federal Rule of Civil Procedure 41(a)(1).[1] *Id.* Given that the defendants have all served answers, *see* docs. 23 & 29, he cannot dismiss under Rule 41(a)(1)(A)(i). *See* Fed R. Civ. P. 41(a)(1)(A)(i). Rule 41(a)(1)(A)(ii) requires "a stipulation of dismissal signed by all the parties who have appeared." *Id.*

---

[1] Butler has also sent a letter to the formerly assigned District Judge. *See* doc. 35; *see also* doc. 33 (reassignment). The letter includes additional complaints about the conditions of Butler's confinement at Coastal State Prison but does not request to withdraw the Motion to Voluntarily Dismiss. *See id.* at 2-3. Letters to judges are improper. *See, e.g., In re Unsolicited Letters to Federal Judges*, 120 F. Supp 2d 1073 (S.D. Ga. 2000). Moreover, even if the Court ignored the impropriety, the letter does not request any action. The Court will, therefore, take no further action concerning the letter or the allegations it contains.

1

Butler's Motion does not include any such stipulation. *See generally* doc. 34. It is clear, therefore, that dismissal pursuant to Rule 41(a)(1) is not appropriate. However, the Eleventh Circuit has approved treatment of mistaken "notices," pursuant to Rule 41(a)(1)(A), as requests for dismissal pursuant to Rule 41(a)(2). *See Sanchez v. Discount Rock & Sand, Inc.*, 84 F.4th 1283, 1292 (11th Cir. 2023). The Court, therefore, considers whether dismissal under Rule 41(a)(2) is appropriate.

Defendants Pineiro, Glen, and Kaigler have filed a response stating that they have no objection to the dismissal. *See* doc. 36. Defendant Mieres has not responded at all. *See generally* docket. The Court construes her failure to respond as indicating that she does not oppose the Motion. *See* S.D. Ga. L. Civ. R. 7.5. It, therefore, appears that no party opposes Butler's request to dismiss several of the defendants. The Eleventh Circuit has made clear that, although Rule 42(a)(2) refers to dismissal of "an action," a plaintiff may dismiss claims against particular defendants, "even though the action against another defendant would remain pending." *Sanchez*, 84 F.4th at 1292 (internal quotation marks omitted) (quoting *Plains Growers, Inc. by and through Florists Mut. Ins. Co. v. Ickes-Braun Glasshouses, Inc.*, 474 F.2d 250, 253 (1973)).

Accordingly, construed as a Motion to Dismiss, pursuant to Rule 41(a)(2), it should be **GRANTED**. Doc. 34. Defendants Pineiro, Glen, and Kaigler should be **DISMISSED** without prejudice. *See* Fed. R. Civ. P. 41(a)(2).

This Report and Recommendation (R&R) is submitted to the district judge assigned to this action, pursuant to 28 U.S.C. § 636(b)(1)(B) and this Court's Local Rule 72.3. Within 14 days of service, any party may file written objections to this R&R with the Court and serve a copy on all parties. The document should be captioned "Objections to Magistrate Judge's Report and Recommendations." Any request for additional time to file objections should be filed with the Clerk for consideration by the assigned district judge.

After the objections period has ended, the Clerk shall submit this R&R together with any objections to the assigned district judge. The district judge will review the magistrate judge's findings and recommendation pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to timely file objections will result in the waiver of rights on appeal. 11th Cir. R. 3-1; *see Symonette v. V.A. Leasing Corp.*,

648 F. App'x 787, 790 (11th Cir. 2016); *Mitchell v. U.S.*, 612 F. App'x 542, 545 (11th Cir. 2015).

Subject to the District Judge's review of the recommendation above, the only remaining Defendant in this case is Dawn Mieres. *See* doc. 29. Under the operative schedule, the deadline for the parties to file any motions has now passed. *See* doc. 24 at 1. In order to facilitate the efficient resolution of the remaining claims, the parties are **DIRECTED** to confer and file the Joint Settlement Status Report, attached to this Order as Exhibit A, by no later than December 15, 2023.

**SO ORDERED,** this 30th day of November, 2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA

EXHIBIT A

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| DARRYL PERNELL BUTLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV423-063 |
| | ) | |
| AARON PINERIO, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## JOINT SETTLEMENT STATUS REPORT

With the discovery and motions periods having now concluded in the above captioned case, the Parties make the following report to the Court.

A. Have the parties made efforts to resolve this case?

☐ Yes    ☐ No

- If "Yes", please explain those efforts:

Click here to enter text.

B. Are the parties prepared to discuss settlement of this case with the Court at this time?

☐ Yes    ☐ No

- If "No", please explain:

Click here to enter text.

C.  Are there any third parties and/or lien holders that should be included in any settlement discussions for this case?

☐ Yes       ☐ No

- If "Yes", please list those parties:

Click here to enter text.

D.  The Parties propose the following agreed upon dates, prior to the deadline for filing motions, for conducting a status conference. (*Please provide several dates for the Court's consideration in scheduling. Regardless of whether the Parties seek to discuss settlement, the Court may require that each party have a representative with full settlement authority present*.)

Click here to enter text.

If there are any other matters regarding this case that the Parties seek to bring to the Court's attention at this time, please briefly explain:

Click here to enter text.

Dated: Click here to enter a date.

_____

Plaintiff (Pro Se)

_____

Counsel for Defendant(s)