UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

DARRYL PERNELL BUTLER, )
)
    Plaintiff, )
)
v. ) CV423-063
)
AARON PINERIO, *et al.*, )
)
    Defendants. )

# ORDER

The Court previously directed the parties to confer and propose a schedule to address ambiguities in the party configuration. *See* doc. 47. They have complied. *See* doc. 50. The parties propose bifurcating the discovery schedule to close all discovery concerning Butler's claims against Defendant Mieres but to reopen discovery concerning his claims against Defendants Pineiro, Glenn, and Kaigler for sixty days. *See id.* The parties further agree that the parties, other than Mieres, should have thirty days from the close of discovery to file dispositive motions. *Id.* The parties have not, however, proposed any deadline for Plaintiff's response to Defendant Mieres' pending Motion for Summary Judgment. *See generally id.*; *see also* doc. 47 at 6 (directing the parties "to include a

1

proposed deadline for Butler's response to Mieres' Motion for Summary Judgment[,] . . . no less than twenty-one (21) days from the proposed deadline for filing civil motions."). Despite that omission, the parties' agreed-upon deadlines are sufficient for the Court to impose the schedule below. The Clerk is **DIRECTED** to lift the stay imposed in the Court's December 28, 2023 Order. Doc. 44.

It is the Court's expectation that the parties will not need an extension of these deadlines. The showing of good cause necessary to obtain an extension of any of these deadlines requires a specific showing of what the parties have accomplished to date in discovery, what remains to be accomplished, and why the parties have not been able to meet the Court's deadlines. Bare boilerplate assertions such as "the parties have diligently pursued discovery to date, but additional time is necessary" will not suffice to establish good cause. Additionally, should any party seek an extension of these deadlines or seek the extension of any other deadline in this case (including an extension of a deadline to respond to a motion or file any other pleading), the party should first contact all other parties and determine if the other parties join in, consent to, or oppose the request for an extension. When filing the motion for an

extension, the party requesting the extension must state in their motion for an extension whether the other parties join in, consent to, or oppose the request for an extension.

| | |
|---|---|
| Deadline for discovery related to claims against Defendants Pinerio, Glenn, and Kaigler[1] | April 12, 2024 |
| Deadline for motions related to claims against Defendants Pinerio, Glenn, and Kaigler | May 13, 2024 |
| Deadline for Butler to file any response in opposition to any parties' motion | June 3, 2024 |

Butler has also filed a Motion seeking to stay or, in the alternative, extend his deadline to respond to Meires' Motion for Summary Judgment. *See* doc. 49. Since the schedule above provides more than the time

---

[1] For clarity, and pursuant to the parties' agreement, discovery related to claims against Meires may not be conducted during this period. *See* doc. 50 at 1. Despite the parties' agreement that "discovery should be closed for any matters pending between the Plaintiff and Defendant Mieres," doc. 50 at 1, the other parties' obligations to serve her with any discovery they exchange remains unaltered, *see, e.g.,* Fed. R. Civ. P. 5(a)(1)(C). The Court makes no anticipatory ruling on the possible use or admissibility of any information acquired by Plaintiff during the extended discovery period in his response to Mieres' summary judgment motion.

requested in Butler's requested extension, his Motion is **DISMISSED** as moot. Doc. 49.

    **SO ORDERED,** this 14th day of February, 2024.

                                            _____
                                            CHRISTOPHER L. RAY
                                            UNITED STATES MAGISTRATE JUDGE
                                            SOUTHERN DISTRICT OF GEORGIA